[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 10, 2012
JOHN LEY
CLERK

No. 11-12198
Non-Argument Calendar
_____

D.C. Docket No. 9:10-cr-80139-KLR-1


UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                              versus

CLIFFORD S. DAVIS,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 10, 2012)

Before CARNES, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

David P. Hodge, appointed counsel for Clifford Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Davis's convictions and sentences are **AFFIRMED**.